```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  November 18, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HAROLD JEAN-BAPTISTE,** | |
| Plaintiff, | |
| -against- | **21-cv-7876 (ALC)** |
| **CITY OF NEW YORK ET AL.,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's renewed Motion for Access CM/ECF User Name and Password. ECF No. 15. As was the case for Plaintiff's initial Motion for CM/ECF User Name and Password, Plaintiff's Motion is lacking certain assurances such as, for example, whether Plaintiff reviewed and agrees to the Court's Electronic Case Filing Rules & Instructions.  ECF No. 9. Plaintiff is therefore again directed to review, complete, and submit for filing the Motion for Permission for Electronic Case Filing form provided by the Clerk of Court, or to submit an affirmation containing the information included in the form motion. The form motion is attached to this Order and is also available at the following link: https://nysd.uscourts.gov/sites/default/files/2019-04/2012-prosemotionecffiling-final.pdf.

Accordingly, Plaintiff's motion is DENIED without prejudice to renewal at a later date. The Clerk of Court is directed to mail a copy of this order to Plaintiff. The Clerk of Court is directed to terminate ECF No. 15.

**SO ORDERED.**

Dated:   November 18, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**