USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/7/21____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD JEAN-BAPTISTE,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK ET AL.,<br><br>                    Defendants. | 21-cv-7876 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's "Motion: Injunction for Expedited Gun Permit." ECF No. 24. Defendants are ordered to respond by letter motion no longer than three pages by **December 10, 2021**.

      Defendants are directed to serve this order on pro se plaintiff and file proof of service no later than **December 8, 2021**.

**SO ORDERED.**

Dated:   December 7, 2021
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                              **United States District Judge**