USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __January 7, 2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD JEAN-BAPTISTE,<br><br>        Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK ET AL.,<br><br>        Defendants. | 21-cv-7876 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

*Pro se* Plaintiff filed "Motion: Voluntary Dismissal," dismissing this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is therefore respectfully directed to terminate the motion at ECF No. 43 and close this case. The Clerk of Court is respectfully directed to serve this Order upon Plaintiff.

**SO ORDERED.**

Dated: January 7, 2022
    New York, New York

                       */s/ Andrew L. Carter, Jr.*
                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**